

# In the Missouri Court of Appeals
# Eastern District

JUNE 24, 2014


THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).


1.     ED99990     ARTHUR REED, APP V STATE OF MISSOURI, RES

2.     ED99999 STATE OF MISSOURI, RES V JASON BIRDNO, APP

3.     ED100144 JOSEPH WRIGHT, ET AL, APP V. LIBERTY SURPLUS, RES

4.     ED100343 R. SUTBERRY, RES V TRANS WORLD AIR, APP & SIF, APP

5.     ED100361 SUNTIDE HOMES, LLC, RES V. BARBARA LAWRENCE, APP

6.     ED100383 ROBERT EATON, RES V. CMH HOMES, INC., ET AL, APP

7.     ED100404 THOMAS BRONIEC, ET AL, APP V CITY OF DELLWOOD, RES

8.     ED100405 ARCHIE BLANKENSHIP, APP V STATE OF MISSOURI, RES

9.     ED100648 RA HAKEEM, APP V. EXPRESS SERVICES & DES, RES

10.    ED100654 C. BROWN, RES V CITY OF COTTLEVILLE, APP & DES RES

11.    ED100681     CHRISTOPHER BAUER RES V L.E. SAUER MACHINE CO APP